COOLEY TRADING COMPANY, INC., Respondent, *v.* SAMUEL R. GOETZ, Appellant.

Submitted December 4, 1936; decided December 31, 1936.

**490**

*Frank G. Raichle* for appellant.

*E. C. Schlenker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, CROUCH and FINCH, JJ.
Dissenting: CRANE, Ch. J., HUBBS and LOUGHRAN, JJ.